# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| TOBY OXENDINE, | ) | CLERK'S JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:11CV00174-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2013, Order.

April 1, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court